1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Mr. Ruelas-Lopez

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LOUISA A. PORTER)**

11  UNITED STATES OF AMERICA,       ) Case No. 07MJ2522
                                    )
12          Plaintiff,               )
                                    )
13  v.                              ) **NOTICE OF APPEARANCE**
                                    )
14  **PEDRO RUELAS-LOPEZ**,         )
                                    )
15                                  )
            Defendant.              )
16  _____ )

17     Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18  Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19  counsel in the above-captioned case.

20                              Respectfully submitted,

21

22  Dated: November 5, 2007          /s/ Robert R. Henssler, Jr.
                                    **ROBERT R. HENSSLER, JR.**
23                                  Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 5, 2007         */s/ Robert R. Henssler, Jr.*
                                **ROBERT R. HENSSLER, JR.**
                                Federal Defenders of San Diego, Inc.
                                Robert_Henssler@fd.org