FILED

NOV 2 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3223-IEG |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| PEDRO RUELAS-LOPEZ, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| | ) | |

The United States Attorney charges:

Count 1

On or about _____2/2007_____, within the Southern

District of California, defendant PEDRO RUELAS-LOPEZ, being an

alien, unlawfully entered or attempted to enter the United States

at a time and place other than as designated by immigration

officers, and eluded examination and inspection by immigration

officers, and attempted to enter or obtained entry to the United

States by a willfully false or misleading representation or the

willful concealment of a material fact; in violation of Title 8,

United States Code, Section 1325, a misdemeanor.

//

//

WDK:psd:San Diego
11/13/07

1

Count 2

2     On  or  about  ___3/2007___, within  the  Southern

3 District  of  California, defendant PEDRO RUELAS-LOPEZ, being an

4 alien, unlawfully entered or attempted to enter the United States

5 at a time and place other than as designated by immigration

6 officers, and eluded examination and inspection by immigration

7 officers, and attempted to enter or obtained entry to the United

8 States by a willfully false or misleading representation or the

9 willful concealment of a material fact and previously committed the

10 offense of illegal entry, as alleged in Count 1; all in violation

11 of Title 8, United States Code, Section 1325, a felony.

12

Count 3

13     On or about October 23, 2007, within the Southern District of

14 California,  defendant  PEDRO  RUELAS-LOPEZ,  being  an  alien,

15 unlawfully entered or attempted to enter the United States at a

16 time and place other than as designated by immigration officers,

17 and eluded examination and inspection by immigration officers, and

18 attempted to enter or obtained entry to the United States by a

19 willfully  false  or  misleading  representation  or  the  willful

20 concealment of a material fact and previously committed the offense

21 of illegal entry, as alleged in Count 1; all in violation of

22 Title 8, United States Code, Section 1325, a felony.

23     DATED: ___11/29/07___.

24                                   KAREN P. HEWITT
                                    United States Attorney
25

26

27                                   DOUGLAS KEEHN
                                    Assistant U.S. Attorney
28